**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DISTRICT OF COLUMBIA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an
amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/17**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Patricia** <br> First name <br><br> **Winifred** <br> Middle name <br><br> **Prudhomme du Hancourt** <br> Last name and Suffix (Sr., Jr., II, III) | First name <br><br> Middle name <br><br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** Include your married or maiden names. | **Patsy Prudhomme** |  |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-4220** |  |

Debtor 1    **Patricia Winifred Prudhomme du Hancourt**

Case number *(if known)*

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

About Debtor 1:
■ I have not used any business name or EINs.

Business name(s)

EINs

About Debtor 2 (Spouse Only in a Joint Case):
☐ I have not used any business name or EINs.

Business name(s)

EINs

**5.** **Where you live**

**419 Newton Place, N.W., Unit B**
**Washington, DC 20010**
Number, Street, City, State & ZIP Code

**District Of Columbia**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1    **Patricia Winifred Prudhomme du Hancourt**                                    Case number *(if known)*

---

| Part 2: | **Tell the Court About Your Bankruptcy Case** |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8.** **How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☐ No
- ■ Yes.

| Debtor | **53rd Place, LLC** | | | Relationship to you | **49% member** |
| District | **District of Columbia** | When | **1/27/20** | Case number, if known | **20-00040** |
| Debtor | **J6 Developments, LLC** | | | Relationship to you | **100% member** |
| District | **District of Columbia** | When | **1/27/20** | Case number, if known | **20-00037** |

---

**11.** **Do you rent your residence?**

- ☐ No.    Go to line 12.
- ■ Yes.    Has your landlord obtained an eviction judgment against you?

  - ■  No. Go to line 12.
  - ☐  Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1   __Patricia Winifred Prudhomme du Hancourt__          Case number *(if known)*_____

---

**Part 3:**   **Report About Any Businesses You Own as a Sole Proprietor**

---

12. **Are you a sole proprietor of any full- or part-time business?**

■ No.       Go to Part 4.

☐ Yes.      Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

---

13. **Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor?***

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

■ No.       I am not filing under Chapter 11.

☐ No.       I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.      I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:**   **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

---

14. **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.     What is the hazard?          _____

If immediate attention is needed, why is it needed?    _____

Where is the property?        _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1    **Patricia Winifred Prudhomme du Hancourt**                    Case number *(if known)*

| **Part 5:** | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | Patricia Winifred Prudhomme du Hancourt | | Case number *(if known)* |

| **Part 6:** | **Answer These Questions for Reporting Purposes** |

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| **Part 7:** | **Sign Below** |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Patricia Winifred Prudhomme du Hancourt**
_____   _____
**Patricia Winifred Prudhomme du Hancourt**   Signature of Debtor 2
Signature of Debtor 1

Executed on   **January 27, 2020**        Executed on  _____
_____         _____
MM / DD / YYYY                MM / DD / YYYY

Debtor 1    **Patricia Winifred Prudhomme du Hancourt**                                    Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Alan D. Eisler**                                              Date    **January 27, 2020**

Signature of Attorney for Debtor                                              MM / DD / YYYY

**Alan D. Eisler 435054 435504**

Printed name

**Eisler Hamilton, LLC**

Firm name

**1 Research Court**
**Suite 450**
**Rockville, MD 20850**

Number, Street, City, State & ZIP Code

Contact phone   **(240) 283-1164**                          Email address    **aeisler@e-hlegal.com**

**435054 DC**

Bar number & State

---

Official Form 101                    **Voluntary Petition for Individuals Filing for Bankruptcy**                    page 7

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Patricia Winifred Prudhomme du Hancourt** |
| | First Name                    Middle Name                    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                    Middle Name                    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA |
| Case number (if known) | _____ |

☐ Check if this is an
   amended filing

## Official Form 106Sum

### Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:     Summarize Your Assets**

| | **Your assets**<br>Value of what you own |
|---|---|
| 1.   **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B.......................................................... | $            **1,000.00** |
| 1b. Copy line 62, Total personal property, from Schedule A/B..................................................... | $         **1,146,545.61** |
| 1c. Copy line 63, Total of all property on Schedule A/B............................................................. | $         **1,147,545.61** |

**Part 2:     Summarize Your Liabilities**

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $            **0.00** |
| 3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $            **0.00** |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $        **10,821,715.87** |
| **Your total liabilities** | $        **10,821,715.87** |

**Part 3:     Summarize Your Income and Expenses**

| | |
|---|---|
| 4.   *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*.............................................................. | $            **4,392.00** |
| 5.   *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*........................................................ | $            **4,392.00** |

**Part 4:     Answer These Questions for Administrative and Statistical Records**

6.    **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐    No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■    Yes

7.    **What kind of debt do you have?**

☐    **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■    **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Patricia Winifred Prudhomme du Hancourt**                                    Case number *(if known)*

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                    $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ **0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ _____ **0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ **0.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case and this filing:**

| Debtor 1 | Patricia Winifred Prudhomme du Hancourt | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    DISTRICT OF DISTRICT OF COLUMBIA

Case number

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

**1.1**

**Masanutten Resort Virginia**
**1822 Resort Drive**
Street address, if available, or other description

| **Mc Gaheysville** | **VA** | **22840-0000** |
|---|---|---|
| City | State | ZIP Code |

**Rockingham**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
■ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Red week bi-weekly condo unit**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,000.00 | $1,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................=>**

| $1,000.00 |
|---|

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Patricia Winifred Prudhomme du Hancourt**    Case number *(if known)*

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**...........................................................=>

   | | |
   |---|---|
   | | **$0.00** |

**Part 3:**  Describe Your Personal and  Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

   | Dining table, couch, chairs, bedroom set | $500.00 |
   |---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

   | TV | $100.00 |
   |---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

    | Clothing | $500.00 |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

    | Engagement ring, diamond earning,diamond pendant | $2,000.00 |
    |---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Patricia Winifred Prudhomme du Hancourt** | Case number *(if known)* | |

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
■ Yes.  Describe.....

| 2 dogs | $0.00 |

**14. Any other personal and household items you did not already list, including any health aids you did not list**
■ No
☐ Yes.  Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...........................................................................**

| $3,100.00 |

| **Part 4:** | **Describe Your Financial Assets** |

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
■ No
☐ Yes.........................................................................................................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes.......................

Institution name:

| 17.1. | **Checking** | **BB&T** | $2,203.00 |
| 17.2. | **Savings** | **Northwestern Mutual Life Insurance Company - proceeds from settlement of claims against Larry Johnston and Carol Shifflett  for wrongful death of late husband, Guy Prudhomme** | $178,625.03 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes.................

Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | |
| **All American Homes, LLC (co-owner = Estate of Guy Prudhomme 50%)** | 50 % | $0.00 |
| **53rd Place, LLC (co-owner = Estate of Guy Prudhomme 51%)** | 49 % | $0.00 |
| **J6 Developments, LLC** | 100 % | $0.00 |

| Debtor 1 | **Patricia Winifred Prudhomme du Hancourt** | Case number *(if known)* |
|---|---|---|

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

   ■ No
   ☐ Yes. Give specific information about them
                                    Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

   ☐ No
   ■ Yes. List each account separately.

   | Type of account: | Institution name: | |
   |---|---|---|
   | **Roth IRA** | **Northwestern Mutual** | **$84,402.00** |

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

   ■ No
   ☐ Yes. .....................                     Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

   ■ No
   ☐ Yes.............     Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

   ■ No
   ☐ Yes.............     Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

   ☐ No
   ■ Yes.  Give specific information about them...

   | | |
   |---|---|
   | **Patricia Winifred Prudhomme du Hancourt Credit Shelter Trust - beneficiary** | **$878,215.58** |
   | **Personal representative  of the estate of Louis Hubert Guy Prudhomme du Hancourt** | **$0.00** |
   | **Trustee of Irving Land Trust** | **$0.00** |

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

   ■ No
   ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

   ■ No
   ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

Debtor 1    **Patricia Winifred Prudhomme du Hancourt**                          Case number *(if known)*

28. **Tax refunds owed to you**
   - ■ No
   - ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   - ■ No
   - ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
   - ■ No
   - ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   - ☐ No
   - ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Northwestern Long Term Care Insurance Company** | **Patricia Prudhomme** | **$0.00** |
| **United Healthcare health insurance** | **Patricia Prudhomme** | **$0.00** |
| **GECIO car insurance** | **Patricia Prudhomme** | **$0.00** |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   - ☐ No
   - ■ Yes.  Give specific information..

| **Beneficiary of Estate of Louis Hubert Guy Prudhomme du Hancourt** | **Unknown** |
|---|---|

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   - ■ No
   - ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   - ■ No
   - ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
   - ■ No
   - ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................

**$1,143,445.61**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1    **Patricia Winifred Prudhomme du Hancourt**    Case number *(if known)* _____

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ■ No. Go to Part 6.
   ☐ Yes.  Go to line 38.

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|

If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes.  Go to line 47.

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ■ No
   ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................    **$0.00**

| Part 8: | **List the Totals of Each Part of this Form** |
|---|---|

55. **Part 1: Total real estate, line 2** ........................................................................................................................    **$1,000.00**

56. **Part 2: Total vehicles, line 5**    **$0.00**
57. **Part 3: Total personal and household items, line 15**    **$3,100.00**
58. **Part 4: Total financial assets, line 36**    **$1,143,445.61**
59. **Part 5: Total business-related property, line 45**    **$0.00**
60. **Part 6: Total farm- and fishing-related property, line 52**    **$0.00**
61. **Part 7: Total other property not listed, line 54**    +    **$0.00**

62. **Total personal property.** Add lines 56 through 61...    **$1,146,545.61**    Copy personal property total    **$1,146,545.61**

63. **Total of all property on Schedule A/B.** Add line 55 + line 62    **$1,147,545.61**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Patricia Winifred Prudhomme du Hancourt** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Masanutten Resort Virginia 1822 Resort Drive Mc Gaheysville, VA 22840 Rockingham County Red week bi-weekly condo unit** Line from Schedule A/B: **1.1** | $1,000.00 | ■ | $1,000.00 | **11 U.S.C. § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Dining table, couch, chairs, bedroom set** Line from Schedule A/B: **6.1** | $500.00 | ■ | $500.00 | **11 U.S.C. § 522(d)(3)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **TV** Line from Schedule A/B: **7.1** | $100.00 | ■ | $100.00 | **11 U.S.C. § 522(d)(3)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Clothing** Line from Schedule A/B: **11.1** | $500.00 | ■ | $500.00 | **11 U.S.C. § 522(d)(3)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Engagement ring, diamond earning,diamond pendant** Line from Schedule A/B: **12.1** | $2,000.00 | ■ | $1,700.00 | **11 U.S.C. § 522(d)(4)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor 1 | **Patricia Winifred Prudhomme du Hancourt** | | Case number (if known) | |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Engagement ring, diamond earning,diamond pendant**<br>Line from *Schedule A/B*: **12.1** | $2,000.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Checking: BB&T**<br>Line from *Schedule A/B*: **17.1** | $2,203.00 | ■ $2,203.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Savings: Northwestern Mutual Life Insurance Company - proceeds from settlement of claims against Larry Johnston and Carol Shifflett for wrongful death of late husband, Guy Prudhomme**<br>Line from *Schedule A/B*: **17.2** | $178,625.03 | ■ $178,625.03<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(11)(B)** |
| **Roth IRA: Northwestern Mutual**<br>Line from *Schedule A/B*: **21.1** | $84,402.00 | ■ $84,402.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| **Patricia Winifred Prudhomme du Hancourt Credit Shelter Trust - beneficiary**<br>Line from *Schedule A/B*: **25.1** | $878,215.58 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(11)(C)** |
| **Northwestern Long Term Care Insurance Company Beneficiary: Patricia Prudhomme**<br>Line from *Schedule A/B*: **31.1** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(10)(C)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Patricia Winifred Prudhomme du Hancourt** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA |
| Case number | _____ |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

**1. Do any creditors have claims secured by your property?**

■ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Patricia Winifred Prudhomme du Hancourt** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA |
| Case number | |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ■ No. Go to Part 2.

   ☐ Yes.

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

| 4.1 | **115 Quincy Place, LLC** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**1209 Patrick Street
Fredericksburg, VA 22401**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **DCHD Structural Warranty Insurance Bond
Aramins Condo Association
Face amount $26,600 Expired 04/07/19**

Debtor 1   **Patricia Winifred Prudhomme du Hancourt**

Case number (if known)

---

| 4.2 | **117 Quincy Place Trust** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**1209 Patrick Street**
**Fredericksburg, VA 22401**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **DCHD Structural Warranty Insurance Bond**
**Athos Condominium Association**
**Face amount $20,000 Expired 03/30/19**

---

| 4.3 | **1307 Riggs Street Land Trust** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**c/o Patricia Prudhomme**
**419 Newton Place, N.W., Unit B**
**Washington, DC 20010**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **DCHD Structural Warranty Insurance Bond**
**Riggs Logan Condominium**
**Face amount $29,850 Expires 03/02/20**

---

| 4.4 | **13th Street Condominium** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**3114 13th Street, N.W.**
**Washington, DC 20010**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **DCHD Structural Warranty Insurance Bond**
**13th Street Condominium**
**Face amount $38,570 Expires 02/12/21**

---

Debtor 1  **Patricia Winifred Prudhomme du Hancourt**

Case number (*if known*)

---

| 4.5 | **4104 14th Street, LLC** | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

**c/o Patricia Prudhomme
419 Newton Place, N.W., Unit B
Washington, DC 20010**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **DCHD Structural Warranty Insurance Bond
The Cathedral Towers I Condo Association
Face amount $120,000 Expired 05/17/19**

---

| 4.6 | **4104 14th Street, LLC** | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

**c/o Patricia Prudhomme
419 Newton Place, N.W., Unit B
Washington, DC 20010**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **DCHD Structural Warranty Insurance Bond
The Flats at Rock Creek Vista I
Condominium
Face amount $34,150 Expires 01/04/21**

---

Debtor 1   **Patricia Winifred Prudhomme du Hancourt**

Case number (if known) _____

---

| 4.7 | **4104 14th Street, LLC** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**c/o Patricia Prudhomme**
**419 Newton Place, N.W., Unit B**
**Washington, DC 20010**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

**DCHD Structural Warranty Insurance Bond**
**The Flats at Rock Creek Vista II**
**Condominium**

☐ Yes

■ Other. Specify   **Face amount $34,150 Expires 01/18/21**

---

| 4.8 | **A M Homes, LLC** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**11005 Ascort Circle**
**Fredericksburg, VA 22407**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Contingent claim for contribution**

---

| 4.9 | **Adrian Paul Molnar** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**5907 Danielle Drive**
**Fredericksburg, VA 22407**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Contingent claim for contribution**

---

Debtor 1   **Patricia Winifred Prudhomme du Hancourt**

Case number (if known) _____

---

| 4.1 0 | **American Honda Finance Corporation** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 7829**
**Philadelphia, PA 19101-7829**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$1,285.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty of lease of 2017 Honda Civic**

---

| 4.1 1 | **Carter-Jones Lumber Company** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**7101 Geoffrey Way**
**Frederick, MD 21704**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$16,296.59**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **4901 Devitt Place, Oxon Hill, MD**

---

| 4.1 2 | **Carter-Jones Lumber Company** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**7101 Geoffrey Way**
**Frederick, MD 21704**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$23,984.36**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **4905 Devitt Place, Oxon Hill, MD**

---

Debtor 1    Patricia Winifred Prudhomme du Hancourt

Case number (if known) _____

| 4.1 3 | | | |
|---|---|---|---|

**Cathedral Towers I Condo Association**                                          **$0.00**

Nonpriority Creditor's Name

Last 4 digits of account number _____

**4012 Edmunds Street, N.W.**
**Washington, DC 20007**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                              ☐ Contingent

☐ Debtor 1 and Debtor 2 only                 ☐ Unliquidated

■ At least one of the debtors and another     ☐ Disputed

☐ **Check if this claim is for a  community**  **Type of NONPRIORITY unsecured claim:**
**debt**
                                              ☐ Student loans
**Is the claim subject to offset?**
                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                            report as priority claims

☐ Yes                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

                                              ■ Other. Specify _____

---

| 4.1 4 | | | |
|---|---|---|---|

**Chase Freedom**

Nonpriority Creditor's Name

Last 4 digits of account number    **9057**                          **$10,857.72**

**P.O. Box 1423**
**Charlotte, NC 28201**

When was the debt incurred?    **Date Opened: 09/8/2013 Last**
**Used: 04/23/2019**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only                              ☐ Contingent

☐ Debtor 1 and Debtor 2 only                 ☐ Unliquidated

☐ At least one of the debtors and another     ☐ Disputed

☐ **Check if this claim is for a  community**  **Type of NONPRIORITY unsecured claim:**
**debt**
                                              ☐ Student loans
**Is the claim subject to offset?**
                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                            report as priority claims

☐ Yes                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

                                              ■ Other. Specify    **Credit card**

---

| 4.1 5 | | | |
|---|---|---|---|

**District of Columbia**

Nonpriority Creditor's Name

Last 4 digits of account number _____                          **Unknown**

**Dept. Housing & Community**
**Development**
**1800 Martin Luther King, Jr. Ave.,**
**S.E.**
**Washington, DC 20020**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                              ■ Contingent

☐ Debtor 1 and Debtor 2 only                 ■ Unliquidated

☐ At least one of the debtors and another     ■ Disputed

☐ **Check if this claim is for a  community**  **Type of NONPRIORITY unsecured claim:**
**debt**
                                              ☐ Student loans
**Is the claim subject to offset?**
                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                            report as priority claims

☐ Yes                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

                                              ■ Other. Specify    **Warranty bonds**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor 1   **Patricia Winifred Prudhomme du Hancourt**                          Case number (if known)

---

| 4.1 6 | **Equity Trust Company** | Last 4 digits of account number _____ | **$1,300,000.00** |

Nonpriority Creditor's Name
**FBO Nather B. Ansari
1 Equity Way
Westlake, OH 44145**
Number Street City State Zip Code

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty - 38 Randolph Place, N.W.**

---

| 4.1 7 | **Equity Trust Company** | Last 4 digits of account number _____ | **$7,000.00** |

Nonpriority Creditor's Name
**FBO Montgomery N. Johns
SEP-IRA
1 Equity Way
Westlake, OH 44145**
Number Street City State Zip Code

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty for 53rd Place, LLC**

---

| 4.1 8 | **Equity Trust Company** | Last 4 digits of account number _____ | **$62,000.00** |

Nonpriority Creditor's Name
**FBO Montgomery N. Johns, MD FACOG, Ltd.
401(k) Profit Sharing Plan & Trust
1 Equity Way
Westlake, OH 44145**
Number Street City State Zip Code

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty for 53rd Place, LLC**

---

Debtor 1   **Patricia Winifred Prudhomme du Hancourt**                          Case number (if known) _____

| | | |
|---|---|---|
| **4.19** | **Equity Trust Company** | **$9,000.00** |

Nonpriority Creditor's Name
**FBO Valerie C. Johns Roth IRA**
**1 Equity Way**
**Westlake, OH 44145**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty for 53rd Place, LLC**

---

| | | |
|---|---|---|
| **4.20** | **Extreme Housebuyers, LLC** | **$100,000.00** |

Nonpriority Creditor's Name
**c/o John Bierlein Jr.**
**2112 Marengo Plantation**
**Woodford, VA 22580**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty for 53rd Place, LLC**

---

| | | |
|---|---|---|
| **4.21** | **Great American Insurance Group** | **$950,000.00** |

Nonpriority Creditor's Name
**Attn: Prithvi Bhaskar**
**Great American Tower Floor 24N**
**301 East Fourth Street**
**Cincinnati, OH 45202**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Indemnification for warranty bond**

---

Debtor 1   **Patricia Winifred Prudhomme du Hancourt**                 Case number (if known) _____

---

| 4.2 2 | | | |
|---|---|---|---|

**Herbert A. Krumbein, Inc.**                     Last 4 digits of account number _____          **$1,137,500.00**
Nonpriority Creditor's Name
**12809 Deep Spring Drive**                       When was the debt incurred? _____
**Potomac, MD 20854**
Number City State Zip Code                        As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                   ☐ Contingent

☐ Debtor 2 only                                   ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                      ☐ Disputed

■ At least one of the debtors and another         **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community         ☐ Student loans
debt**
**Is the claim subject to offset?**                ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                  report as priority claims
■ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                  **Personal guaranty - 1356 Newton Street,**
☐ Yes                                             ■ Other. Specify **N.W.**

---

| 4.2 3 | | | |
|---|---|---|---|

**Innovational Funding, LLC**                     Last 4 digits of account number _____          **Unknown**
Nonpriority Creditor's Name
**262 W. 38th Street, Suite 305**                  When was the debt incurred? _____
**New York, NY 10018**
Number Street City State Zip Code                 As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                   ■ Contingent

☐ Debtor 2 only                                   ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                      ☐ Disputed

☐ At least one of the debtors and another         **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community         ☐ Student loans
debt**
**Is the claim subject to offset?**                ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                  report as priority claims
■ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                  **100% Class B Member of 4008 Edmunds**
☐ Yes                                             ■ Other. Specify **Street, LLC**

---

| 4.2 4 | | | |
|---|---|---|---|

**Irving Land Trust**                             Last 4 digits of account number _____          **Unknown**
Nonpriority Creditor's Name
**7200 Young Lane**                               When was the debt incurred? _____
**Spotsylvania, VA 22553**
Number Street City State Zip Code                 As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                   ■ Contingent

☐ Debtor 2 only                                   ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                      ☐ Disputed

■ At least one of the debtors and another         **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community         ☐ Student loans
debt**
**Is the claim subject to offset?**                ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                  report as priority claims
■ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                  **DCHD Structural Warranty Insurance Bond**
                                                  **1682 Irving Street, N.W.**
☐ Yes                                             ■ Other. Specify **Face amount $50,000 - expired 07/21/18**

---

Debtor 1  **Patricia Winifred Prudhomme du Hancourt**                                    Case number (if known)

---

| 4.2 5 | **Jinchen Han** | Last 4 digits of account number _____ | $200,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**6907 Stonebridge Court**
**Alexandria, VA 22306**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Real estate investment loan**

---

| 4.2 6 | **John R. Beirlien, Jr.** | Last 4 digits of account number _____ | $100,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**2112 Marengo Plantation Lane**
**Woodford, VA 22580**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Breach of promissory note**

---

| 4.2 7 | **M Street Trust** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**c/o Patricia Prudhomme**
**419 Newton Place, N.W., Unit B**
**Washington, DC 20010**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **DCHD Structural Warranty Insurance Bond**
**The Arboretum Condominium**
**Face amount $72,000 Expires 07/25/20**

---

Debtor 1    **Patricia Winifred Prudhomme du Hancourt**

Case number (if known)

| | | |
|---|---|---|
| 4.2 8 | **Middle Gulf Capital, LLC** | |

**Middle Gulf Capital, LLC**
Nonpriority Creditor's Name
**Attn: Rick Sissman, Registered Agent**
**1701 Pennsylvania Ave., N.W.**
**Suite 300**
**Washington, DC 20006**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Assignee of Revere Bank**

---

| | | |
|---|---|---|
| 4.2 9 | **Old Line Bank** | |

**Old Line Bank**
Nonpriority Creditor's Name
**1525 Pointer Ridge Place**
**Bowie, MD 20716**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____   **$460,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty - 1541 19th Street, N.W.**

---

| | | |
|---|---|---|
| 4.3 0 | **Paley Rothman** | |

**Paley Rothman**
Nonpriority Creditor's Name
**Attn: Kevin D'Anna**
**4800 Hampden Lane, 6th Floor**
**Bethesda, MD 20814**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____   **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   _____

---

Debtor 1   **Patricia Winifred Prudhomme du Hancourt**                     Case number (if known)

---

**4.3
1**

**Prescon, LLC**                                Last 4 digits of account number                     **$1,137,500.00**
Nonpriority Creditor's Name
**6084 Franonia Road, Suite A**                 When was the debt incurred?
**Alexandria, VA 22310**
Number Street City State Zip Code
Who incurred the debt? Check one.              As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                                ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ☐ Disputed
☑ At least one of the debtors and another      Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                report as priority claims
☑ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                           ☑ Other. Specify   **Personal guaranty - 2801 13th Street, N.W.**

---

**4.3
2**

**Residence Mont Plaisant**                     Last 4 digits of account number                        **Unknown**
**Condominium**
Nonpriority Creditor's Name                     When was the debt incurred?
**1682 Irving Street, N.W.**
**Washington, DC 20010**
Number Street City State Zip Code              As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☑ Debtor 1 only                                ☑ Contingent
☐ Debtor 2 only                                ☑ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ☑ Disputed
☐ At least one of the debtors and another      Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                report as priority claims
☑ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                           ☑ Other. Specify   **Warranty bond claim**

---

**4.3
3**

**Revere Bank**                                 Last 4 digits of account number                     **$1,112,825.00**
Nonpriority Creditor's Name
**319 Main Street**                             When was the debt incurred?
**Laurel, MD 20707**
Number Street City State Zip Code              As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                                ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ☐ Disputed
☑ At least one of the debtors and another      Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                report as priority claims
☑ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
                                               **Personal guaranty - 4008 Edmunds Street,**
☐ Yes                                           ☑ Other. Specify   **N.W.**

---

Debtor 1  **Patricia Winifred Prudhomme du Hancourt**　　　　　　　　　　　　　Case number (if known) ＿＿＿＿＿＿＿＿＿＿

| 4.3 4 | **Revere Bank** | Last 4 digits of account number ＿＿＿＿＿ | **$1,525,175.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**319 Main Street**
**Laurel, MD 20707**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? ＿＿＿＿＿＿＿＿＿＿

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal guaranty - 4008 Edmunds Street, N.W.**

---

| 4.3 5 | **Revere Bank** | Last 4 digits of account number ＿＿＿＿＿ | **$685,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**319 Main Street**
**Laurel, MD 20707**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? ＿＿＿＿＿＿＿＿＿＿

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal guaranty - Columbia Run Townhomes**

---

| 4.3 6 | **Revere Bank** | Last 4 digits of account number ＿＿＿＿＿ | **$753,490.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**319 Main Street**
**Laurel, MD 20707**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? ＿＿＿＿＿＿＿＿＿＿

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal guaranty - Columbia Run Townhomes**

---

Debtor 1    **Patricia Winifred Prudhomme du Hancourt**                                    Case number (if known)

---

| 4.3 7 | **Revere Bank** | Last 4 digits of account number | **$864,112.00** |

Nonpriority Creditor's Name

**319 Main Street**
**Laurel, MD 20707**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Personal guaranty - Columbia Run Townhomes**

---

| 4.3 8 | **The Bouvier Collection, LLC** | Last 4 digits of account number | **$200,000.00** |

Nonpriority Creditor's Name

**4611 Laverock Place, N.W.**
**Washington, DC 20007**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Real estate investment loan**

---

| 4.3 9 | **The Carter-Jones Lumber Co.** | Last 4 digits of account number | **$165,690.20** |

Nonpriority Creditor's Name

**601 Tallmadge Road**
**Kent, OH 44240**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Personal guaranty**

---

Debtor 1    **Patricia Winifred Prudhomme du Hancourt**    Case number (if known) _____

| 4.40 | **The Irving Condominium Unit Owners Assoc** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**3101 Sherman Avenue, N.W.**
**Washington, DC 20010**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Warranty bond claim**

---

| 4.41 | **The Sherman Land Trust** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o Patricia Prudhomme**
**419 Newton Place, N.W., Unit B**
**Washington, DC 20010**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **DCHD Structural Warranty Insurance Bond**
**The Irving Condominium**
**Face amount $91,500 Expires 09/27/19**

---

| 4.42 | **The Sherman Land Trust** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o Patricia Prudhomme**
**419 Newton Place, N.W., Unit B**
**Washington, DC 20010**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **DCHD Structural Warranty Insurance Bond**
**The Aperol Condominium**
**Face amount $33,000 Expires 10/23/20**

---

Debtor 1   **Patricia Winifred Prudhomme du Hancourt**
                                                          Case number (if known)

---

**4.4
3**

**U Street Land Trust**
Nonpriority Creditor's Name

**c/o Patricia Prudhomme
419 Newton Place, N.W., Unit B
Washington, DC 20010**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**                                          **Unknown**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **DCHD Structural Warranty Insurance Bond
71 U Street Condominium
Face amount $25,000 Expires 03/02/20**

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| | |
|---|---|
| Name and Address<br>**Adrian Molnar<br>11005 Ascort Circle<br>Fredericksburg, VA 22407**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.9** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Brendan P. Bunn<br>Chadwick Washington Moriarity, et al.<br>3201 Jermantown Road, Suite 600<br>Fairfax, VA 22030**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.32** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Charles B. Peoples<br>Thomas, Thomas & Haferm, LLP<br>1025 Connecticut Avenue, N.W.,<br>Suite 608<br>Washington, DC 20036**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.11** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Charles B. Peoples<br>Thomas, Thomas & Hafer LLP<br>1025 Connecticut Ave., N.W.<br>Washington, DC 20036**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.39** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**District of Columbia<br>Dept. Housing & Community<br>Development<br>Attn: Jane Saindon Rogers<br>1800 Martin Luther King, Jr. Ave.,<br>S.E.<br>Washington, DC 20020**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.41** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |

Debtor 1    __Patricia Winifred Prudhomme du Hancourt__          Case number (if known) _____

| | |
|---|---|
| **Harrison Zipper**<br>**Jazco**<br>**5030 Champion Blvd., Suite G11-535**<br>**Boca Raton, FL 33496** | Line **4.23** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**Jane Saindon Rogers**<br>**Whiteford Taylor & Preston, LLP**<br>**1800 M Street, N.W., Suite 450N**<br>**Washington, DC 20036-5405** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.24** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**Jennifer Larkin Kneeland**<br>**Watt, Teider, Hoffar & Fitzgerald,**<br>**LLP**<br>**1765 Greensboro Station Place, Ste.**<br>**1000**<br>**McLean, VA 22102** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.33** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**Jennifer Larkin Kneeland**<br>**Watt, Teider, Hoffar & Fitzgerald,**<br>**LLP**<br>**1765 Greensboro Station Place, Ste.**<br>**1000**<br>**McLean, VA 22102** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.34** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**Jennifer Larkin Kneeland**<br>**Watt, Teider, Hoffar & Fitzgerald,**<br>**LLP**<br>**1765 Greensboro Station Place, Ste.**<br>**1000**<br>**McLean, VA 22102** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.35** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**Jennifer Larkin Kneeland**<br>**Watt, Teider, Hoffar & Fitzgerald,**<br>**LLP**<br>**1765 Greensboro Station Place, Ste.**<br>**1000**<br>**McLean, VA 22102** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.36** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**Jennifer Larkin Kneeland**<br>**Watt, Teider, Hoffar & Fitzgerald,**<br>**LLP**<br>**1765 Greensboro Station Place, Ste.**<br>**1000**<br>**McLean, VA 22102** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.37** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**John D. Sadler**<br>**Ballard Spahr LLP**<br>**1909 K Street, N.W., Suite 1200**<br>**Washington, DC 20006** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.38** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**Kevin D'Anna**<br>**Paley Rothman**<br>**4808 Hampden Lane, 6th Floor** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.24** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Patricia Winifred Prudhomme du Hancourt**                          Case number *(if known)*

---

**Bethesda, MD 20814**

| | Last 4 digits of account number |
|---|---|

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **L. Jason Small**<br>**D.C. Dept. of Housing and**<br>**Community Dev.**<br>**1800 Martin Luther King, Jr. Avenue,**<br>**SE**<br>**Washington, DC 20020** | Line **4.15** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Michael J. Bramnick**<br>**Bramnick Law, LLC**<br>**4250 East West Highway, Suite 700**<br>**Bethesda, MD 20814** | Line **4.26** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Richard L. Sugarman**<br>**5101 River Road # 1712**<br>**Bethesda, MD 20816-7000** | Line **4.28** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Richard T. Pledger**<br>**Wright, Constable & Skeen, LLP**<br>**301 Concourse Blvd.**<br>**Suite 120, West Shore III**<br>**Glen Allen, VA 23059** | Line **4.21** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Seth T. Stark**<br>**Law Offices of Seth T. Stark**<br>**3141 Fairview Park Drive, Suite 640**<br>**Falls Church, VA 22042** | Line **4.22** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Terrance Laney**<br>**Rental Conversion and Sale**<br>**Administrator**<br>**D.C. Dept. of Housing & Community**<br>**Dev.**<br>**1800 Martin Luther King, Jr. Ave.,**<br>**S.E.**<br>**Washington, DC 20020** | Line **4.15** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **The Sherman Land Trust**<br>**22 Kennedy Street**<br>**Washington, DC 20011** | Line **4.24** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Whiteford Taylor Preston LLP**<br>**Attn: Jane Rogers**<br>**1800 M Street, N.W., Suite 450**<br>**Washington, DC 20036** | Line **4.32** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

---

**Part 4:**   **Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each**
   **type of unsecured claim.**

| | Total Claim |
|---|---|

Debtor 1    **Patricia Winifred Prudhomme du Hancourt**                    Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 0.00 |

|  |  |  |  |  | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 10,821,715.87 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 10,821,715.87 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Patricia Winifred Prudhomme du Hancourt** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA |
| Case number | _____ |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 _____<br>Name<br><br>_____<br>Number      Street<br><br>_____<br>City          State          ZIP Code | |
| 2.2 _____<br>Name<br><br>_____<br>Number      Street<br><br>_____<br>City          State          ZIP Code | |
| 2.3 _____<br>Name<br><br>_____<br>Number      Street<br><br>_____<br>City          State          ZIP Code | |
| 2.4 _____<br>Name<br><br>_____<br>Number      Street<br><br>_____<br>City          State          ZIP Code | |
| 2.5 _____<br>Name<br><br>_____<br>Number      Street<br><br>_____<br>City          State          ZIP Code | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Patricia Winifred Prudhomme du Hancourt** |
| | First Name_____Middle Name_____Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name_____Middle Name_____Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA |
| Case number | _____ |
| (if known) | |

☐ Check if this is an
    amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **2801 Thirteenth Street, LLC**<br>**c/o Patricia Prudhomme**<br>**419 Newton Place, N.W., Unit B**<br>**Washington, DC 20010** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.38__<br>☐ Schedule G _____<br>**The Bouvier Collection, LLC** |
| 3.2 | **2801 Thirteenth Street, LLC**<br>**c/o Patricia Prudhomme**<br>**419 Newton Place, N.W., Unit B**<br>**Washington, DC 20010** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.25__<br>☐ Schedule G _____<br>**Jinchen Han** |
| 3.3 | **3114 13th Land Trust**<br>**419 Newton Place, N.W., Unit B**<br>**Washington, DC 20010** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.21__<br>☐ Schedule G _____<br>**Great American Insurance Group** |

| Debtor 1 | **Patricia Winifred Prudhomme du Hancourt** | Case number *(if known)* | _____ |
|---|---|---|---|

**█ Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|

| 3.4 | **4008 Edmunds Street, LLC c/o Patricia Prudhomme 419 Newton Place, N.W., Unit B Washington, DC 20010** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.33__ ☐ Schedule G _____ **Revere Bank** |
|---|---|---|
| 3.5 | **4008 Edmunds Street, LLC c/o Patricia Prudhomme 419 Newton Place, N.W., Unit B Washington, DC 20010** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.34__ ☐ Schedule G _____ **Revere Bank** |
| 3.6 | **4008 Edmunds Street, LLC c/o Patricia Prudhomme 419 Newton Place, Unit B Washington, DC 20010** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.28__ ☐ Schedule G _____ **Middle Gulf Capital, LLC** |
| 3.7 | **53rd Place, LLC c/o Patricia Prudhomme 419 Newton Place, N.W., Unit B Washington, DC 20010** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.31__ ☐ Schedule G _____ **Prescon, LLC** |
| 3.8 | **53rd Place, LLC c/o Patricia Prudhomme 419 Newton Place, N.W., Unit B Washington, DC 20010** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.17__ ☐ Schedule G _____ **Equity Trust Company** |
| 3.9 | **53rd Place, LLC c/o Patricia Prudhomme 419 Newton Place, N.W., Unit B Washington, DC 20010** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.18__ ☐ Schedule G _____ **Equity Trust Company** |
| 3.10 | **53rd Place, LLC c/o Patricia Prudhomme 419 Newton Place, N.W., Unit B Washington, DC 20010** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.19__ ☐ Schedule G _____ **Equity Trust Company** |

Debtor 1    **Patricia Winifred Prudhomme du Hancourt**          Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.11  **53rd Place, LLC**
    **c/o Patricia Prudhomme**
    **419 Newton Place, N.W., Unit B**
    **Washington, DC 20010**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.20**___
☐ Schedule G _____
**Extreme Housebuyers, LLC**

3.12  **53rd Place, LLC**
    **c/o Patricia Prudhomme**
    **419 Newton Place, N.W., Unit B**
    **Washington, DC 20010**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.24**___
☐ Schedule G _____
**Irving Land Trust**

3.13  **53rd Place, LLC**
    **c/o Patricia Prudhomme**
    **419 Newton Place, N.W., Unit B**
    **Washington, DC 20010**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.41**___
☐ Schedule G _____
**The Sherman Land Trust**

3.14  **53rd Place, LLC**
    **c/o Patricia Prudhomme**
    **419 Newton Place, N.W., Unit B**
    **Washington, DC 20010**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.27**___
☐ Schedule G _____
**M Street Trust**

3.15  **53rd Place, LLC**
    **c/o Patricia Prudhomme**
    **419 Newton Place, N.W., Unit B**
    **Washington, DC 20010**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.5**___
☐ Schedule G _____
**4104 14th Street, LLC**

3.16  **53rd Place, LLC**
    **c/o Patricia Prudhomme**
    **419 Newton Place, N.W., Unit B**
    **Washington, DC 20010**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.4**___
☐ Schedule G _____
**13th Street Condominium**

3.17  **53rd Place, LLC**
    **c/o Patricia Prudhomme**
    **419 Newton Place, N.W., Unit B**
    **Washington, DC 20010**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.43**___
☐ Schedule G _____
**U Street Land Trust**

Debtor 1  **Patricia Winifred Prudhomme du Hancourt**                    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.18 | **53rd Place, LLC**<br>**c/o Patricia Prudhomme**<br>**419 Newton Place, N.W., Unit B**<br>**Washington, DC 20010** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.3___<br>☐ Schedule G _____<br>**1307 Riggs Street Land Trust** |
| 3.19 | **53rd Place, LLC**<br>**c/o Patricia Prudhomme**<br>**419 Newton Place, N.W., Unit B**<br>**Washington, DC 20010** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.2___<br>☐ Schedule G _____<br>**117 Quincy Place Trust** |
| 3.20 | **53rd Place, LLC**<br>**c/o Patricia Prudhomme**<br>**419 Newton Place, N.W., Unit B**<br>**Washington, DC 20010** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.7___<br>☐ Schedule G _____<br>**4104 14th Street, LLC** |
| 3.21 | **53rd Place, LLC**<br>**c/o Patricia Prudhomme**<br>**419 Newton Place, N.W., Unit B**<br>**Washington, DC 20010** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.6___<br>☐ Schedule G _____<br>**4104 14th Street, LLC** |
| 3.22 | **53rd Place, LLC**<br>**c/o Patricia Prudhomme**<br>**419 Newton Place, N.W., Unit B**<br>**Washington, DC 20010** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.26___<br>☐ Schedule G _____<br>**John R. Beirlien, Jr.** |
| 3.23 | **53rd Place, LLC**<br>**c/o Patricia Prudhomme**<br>**419 Newton Place, N.W., Unit B**<br>**Washington, DC 20010** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.21___<br>☐ Schedule G _____<br>**Great American Insurance Group** |
| 3.24 | **53rd Place, LLC**<br>**c/o Patricia Prudhomme**<br>**419 Newton Place, Unit B**<br>**Washington, DC 20010** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.33___<br>☐ Schedule G _____<br>**Revere Bank** |

Debtor 1   **Patricia Winifred Prudhomme du Hancourt**          Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.25 **53rd Place, LLC**<br>**c/o Patricia Prudhomme**<br>**419 Newton Place, Unit B**<br>**Washington, DC 20010** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.34**___<br>☐ Schedule G _____<br>**Revere Bank** |
| 3.26 **53rd Place, LLC**<br>**c/o Patricia Prudhomme**<br>**419 Newton Place, Unit B**<br>**Washington, DC 20010** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.28**___<br>☐ Schedule G _____<br>**Middle Gulf Capital, LLC** |
| 3.27 **53rd Place, LLC**<br>**c/o Patricia Prudhomme**<br>**419 Newton Place, Unit B**<br>**Washington, DC 20010** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.10**___<br>☐ Schedule G _____<br>**American Honda Finance Corporation** |
| 3.28 **A M Homes, LLC**<br>**5907 Danielle Drive**<br>**Fredericksburg, VA 22407** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.21**___<br>☐ Schedule G _____<br>**Great American Insurance Group** |
| 3.29 **Adrian Paul Molnar**<br>**5907 Danielle Drive**<br>**Fredericksburg, VA 22407** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.21**___<br>☐ Schedule G _____<br>**Great American Insurance Group** |
| 3.30 **All American Home Solutions, LLC**<br>**P.O. Box 60586**<br>**Washington, DC 20039** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.31**___<br>☐ Schedule G _____<br>**Prescon, LLC** |
| 3.31 **Estate of Guy Prudhomme**<br>**c/o Patricia Prudhomme, Personal Rep.**<br>**419 Newton Place, N.W., Unit B**<br>**Washington, DC 20010** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.33**___<br>☐ Schedule G _____<br>**Revere Bank** |
| 3.32 **Estate of Guy Prudhomme**<br>**c/o Patricia Prudhomme, Personal Rep.**<br>**419 Newton Place, N.W., Unit B**<br>**Washington, DC 20010** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.34**___<br>☐ Schedule G _____<br>**Revere Bank** |

Debtor 1    **Patricia Winifred Prudhomme du Hancourt**                                    Case number *(if known)*_____

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.33    **Estate of Guy Prudhomme**
**c/o Patricia Prudhomme, Personal Rep.**
**419 Newton Place, N.W., Unit B**
**Washington, DC 20010**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.16**____
☐ Schedule G _____
**Equity Trust Company**

3.34    **Estate of Guy Prudhomme**
**c/o Patricia Prudhomme, Personal Rep.**
**419 Newton Place, N.W., Unit B**
**Washington, DC 20010**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.31**____
☐ Schedule G _____
**Prescon, LLC**

3.35    **Estate of Guy Prudhomme**
**c/o Patricia Prudhomme, Personal Rep.**
**419 Newton Place, N.W., Unit B**
**Washington, DC 20010**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.22**____
☐ Schedule G _____
**Herbert A. Krumbein, Inc.**

3.36    **Estate of Guy Prudhomme**
**c/o Patricia Prudhomme, Personal Rep.**
**419 Newton Place, N.W., Unit B**
**Washington, DC 20010**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.29**____
☐ Schedule G _____
**Old Line Bank**

3.37    **Estate of Guy Prudhomme**
**c/o Patricia Prudhomme, Personal Rep.**
**419 Newton Place, N.W., Unit B**
**Washington, DC 20010**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.35**____
☐ Schedule G _____
**Revere Bank**

3.38    **Estate of Guy Prudhomme**
**c/o Patricia Prudhomme, Personal Rep.**
**419 Newton Place, N.W., Unit B**
**Washington, DC 20010**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.36**____
☐ Schedule G _____
**Revere Bank**

3.39    **Estate of Guy Prudhomme**
**c/o Patricia Prudhomme, Personal Rep.**
**419 Newton Place, N.W., Unit B**
**Washington, DC 20010**

☐ Schedule D, line _____
■ Schedule E/F, line ____**4.37**____
☐ Schedule G _____
**Revere Bank**

Debtor 1    **Patricia Winifred Prudhomme du Hancourt**                              Case number *(if known)* _____

---

■ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.40 **Estate of Guy Prudhomme**<br>**c/o Patricia Prudhomme, Personal Rep.**<br>**419 Newton Place, N.W., Unit B**<br>**Washington, DC 20010** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.17**__<br>☐ Schedule G _____<br>**Equity Trust Company** |
| 3.41 **Estate of Guy Prudhomme**<br>**c/o Patricia Prudhomme, Personal Rep.**<br>**419 Newton Place, N.W., Unit B**<br>**Washington, DC 20010** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.18**__<br>☐ Schedule G _____<br>**Equity Trust Company** |
| 3.42 **Estate of Guy Prudhomme**<br>**c/o Patricia Prudhomme, Personal Rep.**<br>**419 Newton Place, N.W., Unit B**<br>**Washington, DC 20010** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.19**__<br>☐ Schedule G _____<br>**Equity Trust Company** |
| 3.43 **Estate of Guy Prudhomme**<br>**c/o Patricia Prudhomme, Personal Rep.**<br>**419 Newton Place, N.W., Unit B**<br>**Washington, DC 20010** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.20**__<br>☐ Schedule G _____<br>**Extreme Housebuyers, LLC** |
| 3.44 **Estate of Guy Prudhomme**<br>**c/o Patricia Prudhomme, Personal Rep.**<br>**419 Newton Place, N.W., Unit B**<br>**Washington, DC 20010** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.24**__<br>☐ Schedule G _____<br>**Irving Land Trust** |
| 3.45 **Estate of Guy Prudhomme**<br>**c/o Patricia Prudhomme, Personal Rep.**<br>**419 Newton Place, N.W., Unit B**<br>**Washington, DC 20010** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.41**__<br>☐ Schedule G _____<br>**The Sherman Land Trust** |
| 3.46 **Estate of Guy Prudhomme**<br>**c/o Patricia Prudhomme, Personal Rep.**<br>**419 Newton Place, N.W., Unit B**<br>**Washington, DC 20010** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.27**__<br>☐ Schedule G _____<br>**M Street Trust** |

Debtor 1  **Patricia Winifred Prudhomme du Hancourt**                    Case number *(if known)* _____

⬛ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.47 **Estate of Guy Prudhomme**<br>**c/o Patricia Prudhomme, Personal Rep.**<br>**419 Newton Place, N.W., Unit B**<br>**Washington, DC 20010** | ☐ Schedule D, line _____<br>⬛ Schedule E/F, line __4.5__<br>☐ Schedule G _____<br>**4104 14th Street, LLC** |
| 3.48 **Estate of Guy Prudhomme**<br>**c/o Patricia Prudhomme, Personal Rep.**<br>**419 Newton Place, N.W., Unit B**<br>**Washington, DC 20010** | ☐ Schedule D, line _____<br>⬛ Schedule E/F, line __4.4__<br>☐ Schedule G _____<br>**13th Street Condominium** |
| 3.49 **Estate of Guy Prudhomme**<br>**c/o Patricia Prudhomme, Personal Rep.**<br>**419 Newton Place, N.W., Unit B**<br>**Washington, DC 20010** | ☐ Schedule D, line _____<br>⬛ Schedule E/F, line __4.42__<br>☐ Schedule G _____<br>**The Sherman Land Trust** |
| 3.50 **Estate of Guy Prudhomme**<br>**c/o Patricia Prudhomme, Personal Rep.**<br>**419 Newton Place, N.W., Unit B**<br>**Washington, DC 20010** | ☐ Schedule D, line _____<br>⬛ Schedule E/F, line __4.43__<br>☐ Schedule G _____<br>**U Street Land Trust** |
| 3.51 **Estate of Guy Prudhomme**<br>**c/o Patricia Prudhomme, Personal Rep.**<br>**419 Newton Place, N.W., Unit B**<br>**Washington, DC 20010** | ☐ Schedule D, line _____<br>⬛ Schedule E/F, line __4.3__<br>☐ Schedule G _____<br>**1307 Riggs Street Land Trust** |
| 3.52 **Estate of Guy Prudhomme**<br>**c/o Patricia Prudhomme, Personal Rep.**<br>**419 Newton Place, N.W., Unit B**<br>**Washington, DC 20010** | ☐ Schedule D, line _____<br>⬛ Schedule E/F, line __4.2__<br>☐ Schedule G _____<br>**117 Quincy Place Trust** |
| 3.53 **Estate of Guy Prudhomme**<br>**c/o Patricia Prudhomme, Personal Rep.**<br>**419 Newton Place, N.W., Unit B**<br>**Washington, DC 20010** | ☐ Schedule D, line _____<br>⬛ Schedule E/F, line __4.7__<br>☐ Schedule G _____<br>**4104 14th Street, LLC** |

| Debtor 1 | **Patricia Winifred Prudhomme du Hancourt** | Case number *(if known)* _____ |

| ■ **Additional Page to List More Codebtors** | |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
| --- | --- |
| 3.54 **Estate of Guy Prudhomme** **c/o Patricia Prudhomme, Personal Rep.** **419 Newton Place, N.W., Unit B** **Washington, DC 20010** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.6**__ ☐ Schedule G _____ **4104 14th Street, LLC** |
| 3.55 **Estate of Guy Prudhomme** **c/o Patricia Prudhomme, Personal Rep.** **419 Newton Place, N.W., Unit B** **Washington, DC 20010** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.21**__ ☐ Schedule G _____ **Great American Insurance Group** |
| 3.56 **Great American Insurance Group** **Attn: Prithvi Bhaskar** **Great American Tower Floor 24N** **301 East Fourth Street** **Cincinnati, OH 45202** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.13**__ ☐ Schedule G _____ **Cathedral Towers I Condo Association** |
| 3.57 **Great American Insurance Group** **Attn: Prithvi Bhaskar** **Great American Tower Floor 24N** **301 East Fourth Street** **Cincinnati, OH 45202** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.24**__ ☐ Schedule G _____ **Irving Land Trust** |
| 3.58 **J6 Developments, LLC** **P.O. Box 60586** **Washington, DC 20039** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.16**__ ☐ Schedule G _____ **Equity Trust Company** |
| 3.59 **J6 Developments, LLC** **P.O. Box 60586** **Washington, DC 20039** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.22**__ ☐ Schedule G _____ **Herbert A. Krumbein, Inc.** |
| 3.60 **Jay Dackman** **825 North Charles Street** **Baltimore, MD 21201** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.29**__ ☐ Schedule G _____ **Old Line Bank** |

Debtor 1    **Patricia Winifred Prudhomme du Hancourt**                                    Case number *(if known)* _____

| ![] | **Additional Page to List More Codebtors** |

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.61    **Jay Dackman**
**825 North Charles Street**
**Baltimore, MD 21201**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.35**
☐ Schedule G _____
**Revere Bank**

---

3.62    **Jay Dackman**
**825 North Charles Street**
**Baltimore, MD 21201**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.36**
☐ Schedule G _____
**Revere Bank**

---

3.63    **Jay Dackman**
**825 North Charles Street**
**Baltimore, MD 21201**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.37**
☐ Schedule G _____
**Revere Bank**

---

3.64    **Jay Dackman**
**825 North Charles Street # 1**
**Baltimore, MD 21201**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.39**
☐ Schedule G _____
**The Carter-Jones Lumber Co.**

---

3.65    **Pennsylvania Avenue 2006, LLC**
**c/o Jay Dackman**
**825 North Charles Street**
**Baltimore, MD 21201**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.29**
☐ Schedule G _____
**Old Line Bank**

---

3.66    **Pennsylvania Avenue 2006, LLC**
**c/o Jay Dackman**
**825 North Charles Street**
**Baltimore, MD 21201**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.35**
☐ Schedule G _____
**Revere Bank**

---

3.67    **Pennsylvania Avenue 2006, LLC**
**c/o Jay Dackman**
**825 North Charles Street**
**Baltimore, MD 21201**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.36**
☐ Schedule G _____
**Revere Bank**

---

3.68    **Pennsylvania Avenue 2006, LLC**
**c/o Jay Dackman**
**825 North Charles Street**
**Baltimore, MD 21201**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.37**
☐ Schedule G _____
**Revere Bank**

---

Debtor 1   **Patricia Winifred Prudhomme du Hancourt**

Case number *(if known)*

---

| | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.69  **Pennsylvania Avenue 2006, LLC**<br>**c/o Jay Dackman**<br>**825 North Charles Street**<br>**Baltimore, MD 21201** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.11__<br>☐ Schedule G _____<br>**Carter-Jones Lumber Company** |
| 3.70  **Pennsylvania Avenue 2006, LLC**<br>**c/o Jay Dackman**<br>**825 North Charles Street**<br>**Baltimore, MD 21201** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.12__<br>☐ Schedule G _____<br>**Carter-Jones Lumber Company** |
| 3.71  **Pennsylvania Avenue 2006, LLC**<br>**c/o Jay Dackman**<br>**825 North Charles Street**<br>**Baltimore, MD 21201** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.39__<br>☐ Schedule G _____<br>**The Carter-Jones Lumber Co.** |

**Fill in this information to identify your case:**

Debtor 1 __**Patricia Winifred Prudhomme du Hancourt**__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __DISTRICT OF DISTRICT OF COLUMBIA__

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

## Schedule I: Your Income                                                                        12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| **Part 1:** | **Describe Employment** |
| --- | --- |

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | **Debtor 1** | **Debtor 2 or non-filing spouse** |
| --- | --- | --- |
| **Employment status** | ☐ Employed<br>■ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | | |
| **Employer's name** | | |
| **Employer's address** | | |
| **How long employed there?** | | |

| **Part 2:** | **Give Details About Monthly Income** |
| --- | --- |

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
| --- | --- | --- | --- |
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. $ _____ **0.00** | $ _____ **N/A** |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ _____ **0.00** | +$ _____ **N/A** |
| 4. | **Calculate gross Income.**  Add line 2 + line 3. | 4. $ _____ **0.00** | $ _____ **N/A** |

Debtor 1   **Patricia Winifred Prudhomme du Hancourt**          Case number (*if known*) _____

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $ 0.00 | $ N/A |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N/A |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. **Insurance** | 5e. | $ 0.00 | $ N/A |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h. **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ 0.00   $ N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 0.00   $ N/A

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. **Social Security** | 8e. | $ 1,392.00 | $ N/A |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ N/A |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. **Other monthly income.** Specify: **Distrubtions from Credit Shelter Trust** | 8h.+ | $ 3,000.00 + | $ N/A |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ 4,392.00   $ N/A

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $ 4,392.00 + $ N/A = $ 4,392.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____   11.   +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies   12.   $ 4,392.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Patricia Winifred Prudhomme du Hancourt** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ■ No

   Do not list Debtor 1 and Debtor 2.    ☐ Yes.    Fill out this information for each dependent..............

   Do not state the dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | | Your expenses |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | **1,700.00** |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

Debtor 1 __Patricia Winifred Prudhomme du Hancourt__    Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 0.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 100.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 400.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 100.00 |
| 10. | **Personal care products and services** | | 10. $ | 100.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 200.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | |
| | Do not include car payments. | | 12. $ | 150.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 150.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 230.00 |
| | 15c. | Vehicle insurance | 15c. $ | 160.00 |
| | 15d. | Other insurance. Specify:  **Long term care** | 15d. $ | 400.00 |
| | | **Medicare** | $ | 145.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 257.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | 0.00 |
| | Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify:  **Pet food and vet** | | 21. +$ | 100.00 |
| | **Miscellaneous expenses** | | +$ | 200.00 |

| | | | | |
|---|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 4,392.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | | $ | 4,392.00 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | | 23a. $ | 4,392.00 |
| | 23b. Copy your monthly expenses from line 22c above. | | 23b. -$ | 4,392.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | | 23c. $ | 0.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.    Explain here: _____

**Fill in this information to identify your case:**

Debtor 1  **Patricia Winifred Prudhomme du Hancourt**
First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  DISTRICT OF DISTRICT OF COLUMBIA

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X  **/s/ Patricia Winifred Prudhomme du Hancourt**          X _____
**Patricia Winifred Prudhomme du Hancourt**                Signature of Debtor 2
Signature of Debtor 1

Date  **January 27, 2020**                Date _____

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Patricia Winifred Prudhomme du Hancourt** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   **Give Details About Your Marital Status and Where You Lived Before**

1.   **What is your current marital status?**

☐ Married
■ Not married

2.   **During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **6361 31st Place, N.W. Washington, DC 20015** | From-To: **April 2018 - August 24, 2019** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |
| **7200 Young Lane Spotsylvania, VA 22553** | From-To: **6/2012 - 3/2018** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

3.   **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2**   **Explain the Sources of Your Income**

4.   **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Patricia Winifred Prudhomme du Hancourt**                        Case number *(if known)* _____

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2019 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $9,230.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2018 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $60,000.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐  No
    ■  Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Distributions from Patricia Prudhomme Credit Shelter Trust** | $3,000.00 | | |
| | **Social Security Benefits** | $1,392.00 | | |
| **For last calendar year:**<br>(January 1 to December 31, 2019 ) | **Distributions from Patricia Prudhomme Credit Shelter Trust** | $9,000.00 | | |
| | **Social Security** | $14,820.00 | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2018 ) | **Social Security** | $9,994.00 | | |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ■  No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

    ■  No.    Go to line 7.

    ☐  Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

Debtor 1   **Patricia Winifred Prudhomme du Hancourt**          Case number *(if known)*

☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.   Go to line 7.
☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

7.   **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |

8.   **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| | | | | |

**Part 4:**   **Identify Legal Actions, Repossessions, and Foreclosures**

9.   **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| John Bierlein, Jr. v. 53rd Place, LLC, et al. 2019 CA 003089 B | Breach of contract | Superior Court District of Columbia 500 Indiana Avenue NW Washington, DC 20001 | ■ Pending ☐ On appeal ☐ Concluded |
| The Bouvier Collection, LLC, et al. v. Prudhomme, et al. 2019 CA 005351 B | Breach of contract, fraud, declaratory judgment | Superior Court for District of Columbia 500 Indiana Avenue, N.W. Washington, DC 20001 | ■ Pending ☐ On appeal ☐ Concluded |
| Great American Insurance Company v. 53rd Place, LLC, et al. 3:19-cv-902 | Indemnification under warranty bond | U.S. District Court for Eastern Dist. VA 701 East Broad Street Richmond, VA 23219 | ■ Pending ☐ On appeal ☐ Concluded |
| The Carter-Jones Lumber Company v. Pennsylvania Avenue 2006, LLC, et al. 2019 CA 008455 B | Breach of contract, unjust enrichment, | Superior Court for District of Columbia 500 Indiana Avenue, N.W. Washington, DC 20001 | ■ Pending ☐ On appeal ☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Patricia Winifred Prudhomme du Hancourt**                                    Case number *(if known)*

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Nationwide General Insurance Company v. Larry K. Johnston, et al.**<br>**1:18-cv-01433-LMB-IDD** | **Declaratory judgment** | **U.S. District Court Eastern District VA**<br>**Albert V. Bryan U.S. Courthouse**<br>**401 Courthouse Square**<br>**Alexandria, VA 22314** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **Patricia Prudhomme, Personal Representative v. Larry Johnston, et al.**<br>**CL18-3030** | **Wrongful death** | **Circuit Court for Spotsylvania County VA**<br>**9107 Judicial Center Lane**<br>**Spotsylvania, VA 22553** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
☐ No
☑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Josephine Prudhomme**<br>**2701 16th Street**<br>**Arlington, VA 22204** | **Assistance for wedding** | **07/10/2019** | **$5,000.00** |
| Person's relationship to you: **Daughter** | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
☐ No
☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

Debtor 1   **Patricia Winifred Prudhomme du Hancourt**                    Case number (*if known*)

| Gifts or contributions to charities that total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **Provision Asia** **#30/1 1st B Main, 2nd B Cross** **Athmananda Colony, Sultanpalya** **Bengaluru, Karnataka 560032, India** | **Paid monthly $100 - monthly donation cancelled** | | **$2,000.00** |

### Part 6:   List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

### Part 7:   List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Eisler Hamilton, LLC** **1 Research Court** **Suite 450** **Rockville, MD 20850** **www.e-hlegal.com** **The Prudhomme Family Trust** | | **08/11/19** | **$7,500.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

Debtor 1    **Patricia Winifred Prudhomme du Hancourt**                              Case number *(if known)*

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices.*)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

■ No
☐ Yes.  Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1    **Patricia Winifred Prudhomme du Hancourt**                Case number *(if known)*

---

**24.** **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**25.** **Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**26.** **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:** **Give Details About Your Business or Connections to Any Business**

**27.** **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ **No. None of the above applies.  Go to Part 12.**

■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed | |
|---|---|---|---|
| **53rd Place, LLC**<br>c/o Patricia Prudhomme<br>**419 Newton Place, Unit B**<br>**Washington, DC 20010** | **Property Rehab and Development**<br><br>Valeria Bokojian/Patricia Prudhomme | EIN: | **27-1214757** |
| | | From-To | **08/26/2009 - 8/12/2019** |
| **All American Home Solutions, LLC**<br>c/o Patricia Prudhomme<br>**419 Newton Place, N.W., Unit B**<br>**Washington, DC 20010** | **Property holding**<br><br>Valeria Bokojian/Patricia Prudhomme | EIN: | **45-2847629** |
| | | From-To | **11/30/2010 - 8/12/2019** |
| **J6 Developments, LLC**<br>c/o Patricia Prudhomme<br>**419 Newton Place, N.W., Unit B**<br>**Washington, DC 20010** | **Property Remodelling**<br><br>Valeria Bokojian/Patricia Prudhomme | EIN: | **82-5300762** |
| | | From-To | **04/04/2018 - 8/12/2019** |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1    **Patricia Winifred Prudhomme du Hancourt**                Case number *(if known)*

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ **No**
☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

**Part 12:**  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**/s/ Patricia Winifred Prudhomme du Hancourt**

**Patricia Winifred Prudhomme du Hancourt**
**Signature of Debtor 1**

**Signature of Debtor 2**

Date    **January 27, 2020**              Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____ . Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

| Fill in this information to identify your case: | |
| --- | --- |
| Debtor 1 | **Patricia Winifred Prudhomme du Hancourt** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
| --- | --- | --- |
| Creditor's name: <br><br> Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br><br> ☐ Yes |
| Creditor's name: <br><br> Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br><br> ☐ Yes |
| Creditor's name: <br><br> Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br><br> ☐ Yes |
| Creditor's | ☐ Surrender the property. | ☐ No |

Official Form 108                  **Statement of Intention for Individuals Filing Under Chapter 7**                  page 1

Debtor 1  __Patricia Winifred Prudhomme du Hancourt__    Case number *(if known)* _____

name:                                         ☐ Retain the property and redeem it.    ☐ Yes

Description of                                 ☐ Retain the property and enter into a
property                                         *Reaffirmation Agreement.*
securing debt:                                ☐ Retain the property and [explain]:
                                              _____

---

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill
in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended.
You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |

---

**Part 3:    Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal
property that is subject to an unexpired lease.

X  __/s/ Patricia Winifred Prudhomme du Hancourt__        X  _____
   **Patricia Winifred Prudhomme du Hancourt**               Signature of Debtor 2
   Signature of Debtor 1

Date  __January 27, 2020__                                Date  _____

Official Form 108              **Statement of Intention for Individuals Filing Under Chapter 7**              page 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

    **You are an individual filing for bankruptcy,** and

    **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

    Chapter 7 - Liquidation

    Chapter 11 - Reorganization

    Chapter 12 - Voluntary repayment plan for family farmers or fishermen

    Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
| --- | --- |
| $245 | filing fee |
| $75 | administrative fee |
| +    $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

    most taxes;

    most student loans;

    domestic support and property settlement obligations;

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

**Chapter 11: Reorganization**

|   | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

## LOCAL OFFICIAL FORM NO. 10

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

In re                                                                )
**Patricia Winifred Prudhomme du Hancourt**          )        Case No.
_____          )
                                                                     )        Chapter **7**
                                 Debtor(s).                  )

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

■  **Flat Fee**

For legal services, I have agreed to accept _____   $  _____ **7,165.00**

Prior to the filing of this statement I have received _____   $  _____ **7,165.00**

Balance Due _____   $  _____ **0.00**

☐  **Hourly Fee**

For legal services, I have agreed to accept and received a retainer of _____   $  _____

The undersigned shall bill against the retainer at an hourly rate of _____   $  _____
[Or attach firm hourly rate schedule.] as such rate may change over time based on periodic increases.
Debtor has agreed to pay all approved fees and expenses exceeding the amount of the retainer, subject to those fees and expenses being approved by the court (when court approval is required) for work performed in a chapter 11 case or chapter 13 case. Payments of fees and expenses exceeding the retainer, other than payment of amounts approved for payment by court order, will be disclosed by a supplemental Rule 2016(b) statement.

☐  **Pro Bono Representation**

 I have agreed to provide services without compensation

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The debtor  ☐  has       ■  has not agreed to reimburse expenses.

2.  The source of the compensation paid to me was:

   ☐  Debtor      ■  Other (specify):      **The Prudhomme Family Trust**

3.  The source of compensation to be paid to me is:

   ■  Debtor      ☐  Other (specify):

3.  With respect to the compensation described herein:

   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtors in U.S. Trustee audits and adversary proceedings and contested matters, including, without limitation, dischargeability actions, lien avoidance actions, and relief from stay actions.**

| **CERTIFICATION** |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

**January 27, 2020**
*Date*

**/s/ Alan D. Eisler**
**Alan D. Eisler 435054 435504**
*Signature of Attorney*
**Eisler Hamilton, LLC**
**1 Research Court**
**Suite 450**
**Rockville, MD 20850**
**(240) 283-1164   Fax: (2400 283-1166**
**aeisler@e-hlegal.com**
*Name of law firm*

### United States Bankruptcy Court
#### District of District of Columbia

In re   <u>Patricia Winifred Prudhomme du Hancourt</u>       Case No.   <u>       </u>

                                         Debtor(s)        Chapter   <u>7</u>  <u>       </u>

## <u>LIST OF CREDITORS AND MAILING MATRIX</u>

1.      The attached list, serving both as the list required by Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and as the mailing matrix required by the court's local Bankruptcy Rules, consists of  <u>8</u>  pages and a total of  <u>66</u>  entities listed.

2.      The attached list contains a true and correct name and address of:

- each of my creditors (those entities required to be scheduled on Schedules D, E, and F, the Schedules of Creditors Holding Claims, in this case),

- each of the parties required to be listed on Schedule G - Executory Contracts and Unexpired Leases, that is, the parties other than myself, to any unexpired lease of real or personal property to which I am a party;

1 of 2

- each entity required to be listed on Schedule H - Codebtors (any entity, other than my spouse in a joint case, that is also liable on any debts owed to any of my listed creditors, including all guarantors and co-signers).

I declare under penalty of perjury that the foregoing is true and correct.

Date: __January 27, 2020__          /s/ Patricia Winifred Prudhomme du Hancourt
                                                **Patricia Winifred Prudhomme du Hancourt**
                                                Signature of Debtor

2 of 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

115 Quincy Place, LLC
1209 Patrick Street
Fredericksburg, VA 22401


117 Quincy Place Trust
1209 Patrick Street
Fredericksburg, VA 22401


1307 Riggs Street Land Trust
c/o Patricia Prudhomme
419 Newton Place, N.W., Unit B
Washington, DC 20010


13th Street Condominium
3114 13th Street, N.W.
Washington, DC 20010


2801 Thirteenth Street, LLC
c/o Patricia Prudhomme
419 Newton Place, N.W., Unit B
Washington, DC 20010


3114 13th Land Trust
419 Newton Place, N.W., Unit B
Washington, DC 20010


4008 Edmunds Street, LLC
c/o Patricia Prudhomme
419 Newton Place, N.W., Unit B
Washington, DC 20010


4008 Edmunds Street, LLC
c/o Patricia Prudhomme
419 Newton Place, Unit B
Washington, DC 20010

4104 14th Street, LLC
c/o Patricia Prudhomme
419 Newton Place, N.W., Unit B
Washington, DC 20010


53rd Place, LLC
c/o Patricia Prudhomme
419 Newton Place, N.W., Unit B
Washington, DC 20010


53rd Place, LLC
c/o Patricia Prudhomme
419 Newton Place, Unit B
Washington, DC 20010


A M Homes, LLC
11005 Ascort Circle
Fredericksburg, VA 22407


A M Homes, LLC
5907 Danielle Drive
Fredericksburg, VA 22407


Adrian Molnar
11005 Ascort Circle
Fredericksburg, VA 22407


Adrian Paul Molnar
5907 Danielle Drive
Fredericksburg, VA 22407


All American Home Solutions, LLC
P.O. Box 60586
Washington, DC 20039


American Honda Finance Corporation
P.O. Box 7829
Philadelphia, PA 19101-7829

Brendan P. Bunn
Chadwick Washington Moriarity, et al.
3201 Jermantown Road, Suite 600
Fairfax, VA 22030


Carter-Jones Lumber Company
7101 Geoffrey Way
Frederick, MD 21704


Cathedral Towers I Condo Association
4012 Edmunds Street, N.W.
Washington, DC 20007


Charles B. Peoples
Thomas, Thomas & Haferm, LLP
1025 Connecticut Avenue, N.W., Suite 608
Washington, DC 20036


Charles B. Peoples
Thomas, Thomas & Hafer LLP
1025 Connecticut Ave., N.W.
Washington, DC 20036


Chase Freedom
P.O. Box 1423
Charlotte, NC 28201


District of Columbia
Dept. Housing & Community Development
1800 Martin Luther King, Jr. Ave., S.E.
Washington, DC 20020


District of Columbia
Dept. Housing & Community Development
Attn: Jane Saindon Rogers
1800 Martin Luther King, Jr. Ave., S.E.
Washington, DC 20020

Equity Trust Company
FBO Nather B. Ansari
1 Equity Way
Westlake, OH 44145


Equity Trust Company
FBO Montgomery N. Johns SEP-IRA
1 Equity Way
Westlake, OH 44145


Equity Trust Company
FBO Montgomery N. Johns, MD FACOG, Ltd.
401(k) Profit Sharing Plan & Trust
1 Equity Way
Westlake, OH 44145


Equity Trust Company
FBO Valerie C. Johns Roth IRA
1 Equity Way
Westlake, OH 44145


Estate of Guy Prudhomme
c/o Patricia Prudhomme, Personal Rep.
419 Newton Place, N.W., Unit B
Washington, DC 20010


Extreme Housebuyers, LLC
c/o John Bierlein, Jr.
2112 Marengo Plantation
Woodford, VA 22580


Great American Insurance Group
Attn: Prithvi Bhaskar
Great American Tower Floor 24N
301 East Fourth Street
Cincinnati, OH 45202


Harrison Zipper
Jazco
5030 Champion Blvd., Suite G11-535
Boca Raton, FL 33496

Herbert A. Krumbein, Inc.
12809 Deep Spring Drive
Potomac, MD 20854


Innovational Funding, LLC
262 W. 38th Street, Suite 305
New York, NY 10018


Irving Land Trust
7200 Young Lane
Spotsylvania, VA 22553


J6 Developments, LLC
P.O. Box 60586
Washington, DC 20039


Jane Saindon Rogers
Whiteford Taylor & Preston, LLP
1800 M Street, N.W., Suite 450N
Washington, DC 20036-5405


Jay Dackman
825 North Charles Street
Baltimore, MD 21201


Jay Dackman
825 North Charles Street # 1
Baltimore, MD 21201


Jennifer Larkin Kneeland
Watt, Teider, Hoffar & Fitzgerald, LLP
1765 Greensboro Station Place, Ste. 1000
McLean, VA 22102


Jinchen Han
6907 Stonebridge Court
Alexandria, VA 22306

John D. Sadler
Ballard Spahr LLP
1909 K Street, N.W., Suite 1200
Washington, DC 20006


John R. Beirlien, Jr.
2112 Marengo Plantation Lane
Woodford, VA 22580


Kevin D'Anna
Paley Rothman
4808 Hampden Lane, 6th Floor
Bethesda, MD 20814


L. Jason Small
D.C. Dept. of Housing and Community Dev.
1800 Martin Luther King, Jr. Avenue, SE
Washington, DC 20020


M Street Trust
c/o Patricia Prudhomme
419 Newton Place, N.W., Unit B
Washington, DC 20010


Michael J. Bramnick
Bramnick Law, LLC
4250 East West Highway, Suite 700
Bethesda, MD 20814


Middle Gulf Capital, LLC
Attn: Rick Sissman, Registered Agent
1701 Pennsylvania Ave., N.W.
Suite 300
Washington, DC 20006


Old Line Bank
1525 Pointer Ridge Place
Bowie, MD 20716

Paley Rothman
Attn: Kevin D'Anna
4800 Hampden Lane, 6th Floor
Bethesda, MD 20814


Pennsylvania Avenue 2006, LLC
c/o Jay Dackman
825 North Charles Street
Baltimore, MD 21201


Prescon, LLC
6084 Franonia Road, Suite A
Alexandria, VA 22310


Residence Mont Plaisant Condominium
1682 Irving Street, N.W.
Washington, DC 20010


Revere Bank
319 Main Street
Laurel, MD 20707


Richard L. Sugarman
5101 River Road # 1712
Bethesda, MD 20816-7000


Richard T. Pledger
Wright, Constable & Skeen, LLP
301 Concourse Blvd.
Suite 120, West Shore III
Glen Allen, VA 23059


Seth T. Stark
Law Offices of Seth T. Stark
3141 Fairview Park Drive, Suite 640
Falls Church, VA 22042

Terrance Laney
Rental Conversion and Sale Administrator
D.C. Dept. of Housing & Community Dev.
1800 Martin Luther King, Jr. Ave., S.E.
Washington, DC 20020


The Bouvier Collection, LLC
4611 Laverock Place, N.W.
Washington, DC 20007


The Carter-Jones Lumber Co.
601 Tallmadge Road
Kent, OH 44240


The Irving Condominium Unit Owners Assoc
3101 Sherman Avenue, N.W.
Washington, DC 20010


The Sherman Land Trust
c/o Patricia Prudhomme
419 Newton Place, N.W., Unit B
Washington, DC 20010


The Sherman Land Trust
22 Kennedy Street
Washington, DC 20011


U Street Land Trust
c/o Patricia Prudhomme
419 Newton Place, N.W., Unit B
Washington, DC 20010


Whiteford Taylor Preston LLP
Attn: Jane Rogers
1800 M Street, N.W., Suite 450
Washington, DC 20036